# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>JOHN SANDERS<br>7:20-cv-17737-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, John Sanders, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court for the Eastern District of Arkansas, absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: October 4, 2021

        Respectfully submitted,

        */s/ Charles W. Beene*
        Charles W. Beene
        Slocumb Law Firm
        3500 Blue Lake Drive, Suite 450
        Birmingham, Alabama 35243
        251-800-7394
        *cbeene@slocumblaw.com*

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 4th day of October, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Charles W. Beene*
OF COUNSEL